IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| VINCENT EDWARD HARRIS, | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:07-cv-91 (CAR) |
| v. | : | |
| ROSE WILLIAMS, | : | |
| Defendant. | : | |

*ORDER ON THE REPORT AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the Recommendation of the United States Magistrate Judge (Doc. 24) to dismiss the above-styled case for Plaintiff's failure to exhaust his administrative remedies as required by the Prison Litigation Reform Act. Plaintiff has entered his objection to the Recommendation (Doc. 25). Having reviewed Plaintiff's objection and the materials on file, the Court agrees with the Recommendation and finds that Plaintiff has failed to show that he has exhausted his administrative remedies with regard to his claim that he did not receive proper notice of the decision of the Board of Pardons and Paroles that his Tentative Parole Month had been postponed. Accordingly, the Recommendation is hereby **ADOPTED AND MADE THE ORDER OF THE COURT** and Defendant's Motion to Dismiss (Doc. 8) is **GRANTED**. For the reasons set forth in the Recommendation, this case shall be **DISMISSED**, without prejudice.

**SO ORDERED**, this 20th day of February, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

chw